Coös,
Nov. 4, 1908.

## PETRUS *v.* BERLIN MILLS CO.

CASE, for personal injuries. Trial by jury. A nonsuit was ordered at the close of the plaintiff's evidence, and he excepted. Transferred from the December term, 1907, of the superior court by *Chamberlin*, J.

*William .H. Paine*, for the plaintiff.

*Drew, Jordan, Shurtleff & Morris* and *Rich & Marble*, for the defendants.

YOUNG, J.   There was evidence that the defendants either knew or ought to have known of the danger incident to the condi-- tion of their premises which caused the plaintiff's injury, in season to have removed the danger or to have warned him of it, and that· he neither knew of the danger nor was in fault for not knowing· of it. ., Consequently, the evidence should have been submitted to· the jury.

*Exception sustained.*

All concurred.